UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 2:17-mj-15
    HON. TIMOTHY P. GREELEY

JOSE ELMER VASQUEZ,

    Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on April 18, 2017, for arraignment on the criminal complaint charging defendant with Reentry of Deported Aliens - Felony. The government requested the defendant be detained pending further proceedings and advised the court that there is a detainer filed for this defendant. Defendant will be given time to consult with his attorney and may request a hearing seeking release.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                 /s/ *Timothy P. Greeley*
                                 TIMOTHY P. GREELEY
                                 UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2017